# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
(617) 748-9057
[www.ca1.uscourts.gov](www.ca1.uscourts.gov)

## DOCKETING STATEMENT INSTRUCTIONS

1. Counsel for appellant must file a docketing statement for every case appealed or cross appealed to the First Circuit Court of Appeals. The docketing statement must be received by the court of appeals clerk's office within fourteen days after the case is docketed to be deemed timely filed. Copies must be served on all parties to the action below and proof of service must be attached.

2. The attorney filing the notice of appeal is responsible for filing the docketing statement, even if different counsel will handle the appeal. In the case of multiple appellants represented by separate counsel, the parties must confer and decide who will file the docketing statement. Appellants proceeding pro se may file a docketing statement, but are not required to do so.

3. Counsel's failure to file the docketing statement within the time set forth will cause the court to initiate the process for dismissal of the appeal under 1st Cir. R. 3.0.

4. If an opposing party concludes that the docketing statement is in any way inaccurate, incomplete or misleading, that party should file any additions or corrections to the docketing statement within fourteen days of service of the docketing statement, with copies to all other parties.

5. You must attach to the docketing statement:

    • Additional pages containing extended answers to questions on this form.

    • A certificate of service for this docketing statement indicating it has been served on all parties to the action below, if required by Fed. R. App. P. 25(d)(B).

# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

No. 26-1093        Short Title: The Children's Hospital Corporation v. United States Department of Justice

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from 11/24/2025
  2. Date this notice of appeal filed 1/23/2026
     If cross appeal, date first notice of appeal filed_____
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
  4. Date of entry of order deciding above post-judgment motion_____
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
     Time extended to_____

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?  [✓] Yes    [ ] No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes    [ ] No
        If yes, explain_____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes    [ ] No
        If yes, explain_____

C. Has this case previously been appealed?  [✓] Yes    [ ] No
   If yes, give the case name, docket number and disposition of each prior appeal
   The Children's Hospital Corporation v. United States Department of Justice, 25-2092 (currently pending)

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [✓] Yes    [ ] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☐ Yes ☑ No
   If yes, is a transcript necessary for this appeal? ☐ Yes ☐ No
   If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party The Children's Hospital Corporation, doing business as Boston Children's Hospital
      Attorney Alan E. Schoenfeld
      Address 7 World Trade Center / 250 Greenwich Street / New York, NY 10007
      Telephone 212-937-7294

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name United States Department of Justice
      Address 950 Pennsylvania Avenue NW, Washington, DC 20530
      Telephone (202) 514-2000

      Attorney's name Brantley T. Mayers
      Firm United States Department of Justice
      Address 950 Pennsylvania Avenue NW, Washington, DC 20530
      Telephone (202) 890-9874

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Brantley T. Mayers  
Date  2/13/2026

## Related Case

This case is related to 25-2092, *The Children's Hospital Corporation v. United States Department of Justice.* Both appeals arise from the same district court action concerning a motion to quash an administrative subpoena. On September 9, 2025, the district court granted Appellee's motion to quash. On November 7, 2025, the government noticed an appeal from that order, which is docketed as No. 25-2092. On November 24, 2025, the district court denied the government's motion to alter the judgment under Federal Rule of Civil Procedure 59(e), concluding that that motion was untimely. On January 23, 2026, the government noticed an appeal from that order, and that appeal is this case.